# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALVIN HARE, ) <br> ) <br> Defendant. ) | No. 06-06013-01-CR-SJ-DW |

**ORDER**

Before the Court is Magistrate Judge Robert E. Larsen's Report and Recommendation denying Defendant's Motion to Suppress Statements (Doc. 47). Defendant filed his Objections to the Report and Recommendation (Doc. 50). After an independent review of the record, the applicable law and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law. Accordingly, the Court orders that the Magistrate's Report and Recommendation be attached to and made part of this Order, and denies Defendant's Motion to Suppress (Doc. 18) and Supplemental Motion to Suppress (Doc. 24).

SO ORDERED.

Date:   March 17, 2009                                  /s/ Dean Whipple
                                                                    Dean Whipple
                                                        United States District Judge